tion by Hugh J. Reilly against Frank Steinhart. D. T. Davis, for appellant. H. Wetherhorn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

RESNICOFF, Respondent, v. BLICK, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Max Resnicoff against Samuel Blick. No opinion. Motion denied, with $10 costs.

In re REUBEL. (Supreme Court, Appellate Division, First Department. December 20, 1907.) In the matter of Henry Reubel, as administrator. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See 103 N. Y. Supp. 804.

REYNOLDS, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (No. 2.) (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Patrick J. Reynolds against the Brooklyn Heights Railroad Company. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

RICH, Appellant, v. BROOKLYN, Q. C. & S. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 29, 1907.) Action by David Rich against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

RICHARD DEEVES & SON v. MANHATTAN LIFE INS. CO. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Action by Richard Deeves & Son against the Manhattan Life Insurance Company. No opinion. Motion denied, with $10 costs. Order filed.

RICHARDS Respondent, v. CANDEE & KREKELER CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Alfred Richards against the Candee & Krekeler Company.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

HOOKER, J., dissents.

RICHBURG, Respondent, v. RICHBURG, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 27, 1907.) Action by Jennie D. Richburg against Frederick Richburg.

PER CURIAM. Judgment affirmed, with costs. Held that a judgment of divorce was properly awarded, and, while the amount of alimony fixed by the decree seems large, in view of the property of the defendant and his ability to earn money, still he has his remedy, under the provisions of the Code of Civil Procedure, to annul, modify, or vary the decree in that respect by motion at Special Term, where the Special Term may, if he shows a disposition to pay what he fairly can, afford him such relief as may seem proper.

RIDGELY, Respondent, v. BERGSTROM et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Albert N. Ridgely against Oscar B. Bergstrom and another. No opinion. Judgment and order affirmed, with costs.

RIESENBERGER et al., Respondents, v. RASMUSSEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Irving Riesenberger and another against Robert T. Rasmussen and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

ROBINSON, Appellant, v. UNION RY. CO. OF NEW YORK CITY, Respondent. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by William Robinson against the Union Railway Company of New York City. No opinion. Motion for leave to appeal to the Court of Appeals denied.

ROCK, Appellant, v. UNION RY. CO. OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Action by James A. Rock against the Union Railway Company of New York. A. A. Colnon, for appellant. B. H. Ames, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

ROESLER, Respondent, v. SHILLING, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Bernard Roesler against George B. Shilling. No opinion. Judgment of the Municipal Court affirmed, with costs.

ROGERS, Respondent, v. COLEMAN et al., Appellants. (Supreme Court, Appellate Division, First Department. December 13, 1907.) Action by Charles P. Rogers against Nathan Coleman and another. F. M. Avery, for appellants. R. Gibson, Jr., for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

ROMANO, Respondent, v. CONCORDIA FIRE INS. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 29, 1907.) Action by Salvatore Romano against the Concordia Fire Insurance Company. No opinion. Motion granted, without costs.

ROMEO, Respondent, v. SHOLL, Appellant, et al. (Supreme Court, Appellate Division, First Department. January 10, 1908.) Action by Francis Romeo against Edward P. Sholl, impleaded. F. Grady, for appellant. R. C. Beatty, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

RUMPF et al. v. BUHLER et al. (Supreme Court, Appellate Division, First Department. January 17, 1908.) Action by William Rumpf and another against Emma Buhler and others. No opinion. Motion granted, with $10 costs. Order filed.